UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 01-8069-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD ELLINGTON,

Defendant.
_____/



FILED by _____ D.C.
SEP 27 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER SETTING HEARING ON DEFENDANT ELLINGTON'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE is before the Court on Defendant, RICHARD ELLINGTON'S, September 23, 2005 Motion for Early Termination of Supervised Release [DE-425]. Having reviewed the record herein, it is hereby:

ORDERED AND ADJUDGED that the Court sets a hearing for <u>October 6, 2005 at 9:00A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of September, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John Kasternakis, AUSA
Bruce Reinhart, AUSA
Gregory Kehoe, Esquire
Theresa M.B. Van Vliet, Esquire
US Probation