UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD ELLINGTON,

    Defendant.
_____/

CASE NO. 01-8069-CR-DIMITROULEAS

FILED by _____ D.C.

OCT - 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT ELLINGTON'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE is before the Court on Defendant, RICHARD ELLINGTON"S, September 23, 2005 Motion for Early Termination of Supervised Release [DE-425]. The Court has considered the Government's October 4, 2005 Objection [DE-427], and has heard arguments at a hearing on October 6, 2005. Pursuant to 18 U.S.C. § 3583(e)[1], the Court has considered the factors set forth in 18 U.S.C. § 3553. U.S. v. Gammarano, 321 F. 3d 311 (2d Cir. 2003). Exceptionally good behavior can render a term of supervised release to be too harsh. U.S. v. Lussier, 104 F. 3d 32, 36 (2d Cir. 1997). Here, Ellington's behavior has been exceptionally good, and the Government has even conceded that there appears to be no reason to believe that he will violate the law in the next eleven months. The statute gives this Court broad discretion. U.S. v. Jeanes, 150 F. 3d 483, 484 (5th Cir. 1998). Unlike the Judge in Jeanes, the Court has no reason to believe that problems might arise in the future.

---

[1] Where a Defendant has served at least one year of his supervised release, his conduct and the interest of justice can warrant an early termination of supervised release.

1

Wherefore, Defendant's Motion for Early Termination of Supervised Release [DE-425] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6 day of October, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John Kasternakis, AUSA
Bruce Reinhart, AUSA
Gregory Kehoe, Esquire
Theresa M.B. Van Vliet, Esquire
Scott T. Kirsche, US Probation